IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02961-REB-MJW

JOHN JONES,

Plaintiff,

v.

THE GEO GROUP, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Parties' Stipulated Motion to Entry of Protective Order [docket no. 15] is GRANTED finding good cause shown. The written Protective Order [docket no. 15-1] is APPROVED as amended in paragraph 12 and made an Order of Court.

Date: July 5, 2012