**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02961-REB-MJW

JOHN JONES,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendant.

**ORDER**

**Blackburn, J.**

The matter before me is plaintiff's **Motion To Stay Summary Judgment Briefing Deadlines** [#23],[1] filed November 20, 2012. Plaintiff seeks to stay the deadline for his response to defendant's **Motion for Summary Judgment** [#20], filed November 16, 2012, in light of his request for leave to amend his complaint to add additional facts and claims to this lawsuit. (*See* **Motion for Leave To Amend the Complaint** [#21], filed November 6, 2012.) The magistrate judge denied that motion. (*See* **Order on Plaintiff's Motion for Leave To Amend the Complaint (Docket No. 21)** [#30], filed November 29, 2012.) The motion to stay therefore is moot, and I deny it on that basis.[2]

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] As provided in my **Minute Order** [#27], filed November 29, 2012, granting plaintiff's **Unopposed Motion for Extension of Time To Respond to Defendant's Motion for Summary Judgment and Request for Forthwith Determination** [#26], filed November 28, 2012, the deadline for plaintiff to

**THEREFORE, IT IS ORDERED** that plaintiff's **Motion To Stay Summary Judgment Briefing Deadlines** [#23], filed November 20, 2012, is **DENIED AS MOOT**.

Dated November 30, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

respond to the motion for summary judgment is December 14, 2012.  The deadline for any reply  is governed by **D.C.COLO.LCivR** 7.1C.