**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 11-cv-02961-REB-MJW

JOHN JONES,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendant.

**ORDER OF DISMISSAL AS TO**
**PLAINTIFF'S THIRD CLAIM FOR RELIEF**

**Blackburn, J.**

    The matter is before me on the **Notice of Dismissal of Plaintiff's Third Claim For Relief** [#44][1] filed January 18, 2013.  After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's Third Claim for Relief should be dismissed with prejudice with each party to pay their own costs and attorneys fees regarding the claim.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Notice of Dismissal of Plaintiff's Third Claim For Relief** [#44] filed January 18, 2013, is **APPROVED**; and

    2.  That plaintiff's Third Claim for Relief is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs regarding this claim.

    Dated January 23, 2013, at Denver, Colorado.

                              **BY THE COURT:**

                              */s/ Bob Blackburn*
                              Robert E. Blackburn
                              United States District Judge

---

[1] "[#44]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.