## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 11-cv-02961-REB-MJW

JOHN JONES,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendant.

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

**Blackburn, J.**

    The matter before is defendant's **Motion for Summary Judgment** [#20],[1] filed November 6, 2012. I have jurisdiction over this matter pursuant to 28 U.S.C. § 1331 (federal question). Having reviewed the motion and response and the apposite arguments, authorities, and evidence presented by the parties, it is apparent that there exist genuine issues of material fact that are not appropriate for summary resolution.[2]

    **THEREFORE, IT IS ORDERED** that defendant's **Motion for Summary Judgment** [#20], filed November 6, 2012, is **DENIED**.

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] The issues raised by and inherent to the motion for summary judgment are fully briefed, obviating the necessity for evidentiary hearing or oral argument. Thus, the motion stands submitted on the briefs. *Cf.* **FED. R. CIV. P. 56(c)** and **(d)**. *Geear v. Boulder Cmty. Hosp.,* 844 F.2d 764, 766 (10th Cir.1988) (holding that hearing requirement for summary judgment motions is satisfied by court's review of documents submitted by parties).

Dated January 25, 2013, at Denver, Colorado.

                                                **BY THE COURT:**

                                                *[signature: Bob Blackburn]*
                                                Robert E. Blackburn
                                                United States District Judge