**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:             February 7, 2013

Deputy Clerk:     Emily Seamon
Court Reporter:   Tracy Weir

**Civil Action No.    11-cv-02961-REB-MJW**

*Parties:*                              *Counsel:*

JOHN JONES,                             Lonn Heymann
                                        Raymond Bryant
    Plaintiff,

v.

THE GEO GROUP, INC.,                    David DeMuro
                                        Shelby Felton
    Defendant.

**COURTROOM MINUTES**

**Hearing on Motion for Temporary Restraining Order, #54**

**10:07 a.m.    Court in session.**

Appearances of counsel.

Opening statements by the Court.

10:09 a.m.    Argument by Mr. Heymann. Mr. Heymann answers questions asked by the Court.

10:51 a.m.    Argument by Mr. DeMuro.

10:57 a.m.    Rebuttal argument by Mr. Heymann.

**11:02 a.m.    Court in recess.**

**11:32 a.m.    Court in session.**

Discussion between the Court and counsel regarding a note submitted to the Court by Mr. Heymann.

11:33 a.m.    Statement by Mr. Heymann.

11:34 a.m.    Response by Mr. DeMuro.

The Court states that counsel's note will not affect its findings, conclusions, or ruling.

Court's findings of fact and conclusions of law.

**ORDERED:**   Plaintiff's Motion for Temporary Restraining Order [Doc. No. 54, Filed January 29, 2013] is **DENIED**.  Pending further order, neither party is enjoined or prohibited, either before or during trial, from contacting, interviewing, examining, or cross-examining Damon Meadows, Gerald Hoskins, Dave Jones, or Mychael Henderson about the circumstances under which each witness interacted or communicated with counsel for plaintiff and defendant or provided an oral or written statement to counsel for either plaintiff or defendant.  Pending further order, neither party is enjoined or prohibited from contacting or interviewing, or attempting to contact or interview, any witness who may testify at trial, whether identified and/or endorsed by plaintiff and/or defendant.  Plaintiff is not enjoined or prohibited from commenting on the pretrial interaction and communication between Ms. Felton and the affiants, Damon Meadows, Gerald Hoskins, Dave Jones, or Mychael Henderson.

**ORDERED:**   The Final Pretrial Conference and Trial Preparation Conference set for Friday, February 8, 2013 at 4:00 p.m. is **RESET to Friday, February 8, 2013 at 1:30 p.m.**

**11:48 a.m.    Court in recess.**

Total time in court:   1:11

Hearing concluded.