**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-02961-REB-MJW

JOHN JONES

      Plaintiff,

v.

THE GEO GROUP, INC.,

      Defendant.

---

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

      The attached **Juror Questionnaire** is approved for use in the trial of this case.

      **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

      Dated February 11, 2013 at Denver, Colorado.

                                                  **BY THE COURT:**

                                                  */s/ Robert E. Blackburn*
                                                  Robert E. Blackburn
                                                  United States District Judge