**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02961-REB-MJW

JOHN JONES,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendant.

---

**ORDER OF DISMISSAL AS TO PLAINTIFF'S FIRST
AND SECOND CLAIMS FOR RELIEF**

---

**Blackburn, J.**

The matter is before me on the **Stipulated Motion For Partial Dismissal With Prejudice** [#97][1] filed February 23, 2013.  After reviewing the motion and the record, I conclude that the motion should be granted and that plaintiff's first and second claims for relief should be dismissed with prejudice, with each party to pay their own costs and attorney fees regarding those claims.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Motion For Partial Dismissal With Prejudice** [#97] filed February 23, 2013, is **GRANTED**; and

2.  That plaintiff's First Claim for Relief and Second Claim for Relief are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated February 25, 2013, at Denver, Colorado.

                                                **BY THE COURT:**

                                                */s/ Robert E. Blackburn*
                                                Robert E. Blackburn
                                                United States District Judge

---

[1] "[#97]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.