**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02961-REB-MJW

JOHN JONES,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Notice of Stipulated Dismissal With Prejudice** [#100][1] filed February 25, 2013. After reviewing the notice and the record, I conclude: (1) that the notice should be approved; (2) that this action should be dismissed with prejudice with each party to pay its attorney fees and costs; and (3) that under D.C.COLO.LCivR 54.2, jury costs should be assessed against the parties.

Trial by jury was set to commence Monday, February 25, 2013, at 8:30 a.m. However, the parties filed a **Notice of Settlement And Request To Vacate Jury Trial** [#98] on February 24, 2013, at 5:24 p.m. Based on the **Clerk's Certification of Jury Costs**, I find that jury costs are $1,139.

The assessment of jury costs is governed by D.C.COLO.LCivR 54.2. Local rule 54.2 provides:

> Whenever any civil action scheduled for jury trial is settled or otherwise resolved after noon on the last day before trial, jury costs may be assessed against any of the parties and/or counsel. The last day before

---

[1] "[#100]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

trial shall be calculated in accordance with Fed. R. Civ. P. 6(a)(1). Thus, good cause exists to assess jury costs against the late settling parties.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Stipulated Dismissal With Prejudice** [#100] filed February 25, 2013, is **APPROVED**;

2. That jury costs of $1,139 are **ASSESSED** and **SHALL BE PAID** equally by the parties;  and

3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated February 26, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge